

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Sacramento Division
Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**1/21/10**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

wlos

# ORDER TO SHOW CAUSE RE DISMISSAL OF CASE OR IMPOSITION OF SANCTIONS

Case Number: 10-20569 - B - 11

Debtor Name(s) and Address(es):

20th St Mangrove, LLC
131 Camino Alto #E2
Mill Valley, CA 94941

The Court docket and file in the above case indicate that the attorney for debtor and/or debtor failed to:

File a Master Address List in compliance with Local Bankruptcy Rule 1007-1(b) and/or as required by Federal Rule of Bankruptcy Procedure 1007(a)(1).

**THEREFORE,**

**IT IS ORDERED** that the debtor and, if represented, debtor's counsel appear before the Court on the following date, time and place:

**DATE & TIME:** February 16, 2010 at 9:30 a.m.
**PLACE:** U.S. Bankruptcy Court
Department B, Courtroom 32, 6th Floor
501 I Street
Sacramento, CA

and show cause why this case should not be dismissed, sanctions imposed on the debtor and/or debtor's attorney, or other appropriate relief ordered for such failure to comply with the provisions of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Interim Bankrupty Rules, Local Rules of Practice and local requirements.

You may arrange to attend by telephone by contacting Court Call at 1-866-582-6878 at least twenty-four (24) hours prior to the hearing. Please note that Court Call is an independent service provider. A basic fee charge of $40 is collected for each telephonic appearance. Payment must be made by credit card or other method approved in advance by Court Call.

Dated:
1/21/10

For the Court,
Richard G. Heltzel , Clerk