FORM L14 Order to Show Cause Re Dismissal of Case, Conversion, Appointment of an Examiner or Trustee, or Imposition of Sanctions (Chapter 11) (v.9.09)

10-20569 - B - 11



UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**2/4/10**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
CALIFORNIA

wlos

# ORDER TO SHOW CAUSE RE DISMISSAL OF CASE, CONVERSION, APPOINTMENT OF AN EXAMINER OR TRUSTEE, OR IMPOSITION OF SANCTIONS

Case Number: 10-20569 - B - 11

Debtor Name(s) and Address(es):

20th St Mangrove, LLC
131 Camino Alto #E2
Mill Valley, CA 94941

The court docket and file in the above case indicate that:

*The debtor(s) and or debtor's attorney failed to to file and/or submit documents as required by Federal Rule of Bankruptcy Procedure 1007(b)(1), (c) and/or (f). The missing document(s) is/are:*

Master Address List
Balance Sheet
Cash Flow Statement
Federal Tax Return
List - 20 Largest Unsec. Cred.
List - Equity Security Holders
Schedule A - Real Property
Schedule B - Personal Property
Schedule D - Secured Creditors
Schedule E - Uns. Pri. Credit.
Schedule F - Uns. Nonpri. Cred
Schedule G - Exec. Contracts
Schedule H - Codebtors
Statement Re: Corporate Debtor
Statement of Financial Affairs
Statement of Operations
Summary of Schedules

**THEREFORE, IT IS ORDERED** that the debtor and, if represented, debtor's counsel appear before the Court on the following date, time and place:

**DATE & TIME:** March 2, 2010 at 9:30 a.m.
**PLACE:** U.S. Bankruptcy Court
Department B, Courtroom 32, 6th Floor
501 I Street
Sacramento, CA

and show cause why this case should not be dismissed, converted to another chapter, an examiner or trustee appointed ( if applicable), sanctions imposed on the debtor and/or debtor's attorney, or other appropriate relief ordered for such failure to comply with the provisions of the Federal Rules of Bankruptcy Procedure.

You may arrange to attend by telephone by contacting Court Call at 1-866-582-6878 at least twenty-four (24) hours prior to the hearing. Please note that Court Call is an independent service provider. A basic fee charge of $40 is collected for each telephonic appearance. Payment must be made by credit card or other method approved in advance by Court Call.

Dated:
2/4/10

For the Court,
Richard G. Heltzel , Clerk