FILED
February 05, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D18

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | 20th St Mangrove, LLC | **Case No :** | 10-20569 - B - 11 |
| | | **Date :** | 2/2/10 |
| | | **Time :** | 09:32 |

**Matter :** [4] - Motion/Application to Dismiss Case/Proceeding [DBJ-1] Filed by Creditor Hart Diversified, LLC (wlos)

**Judge :** Thomas Holman
**Courtroom Deputy :** Sheryl Arnold
**Reporter :** Diamond Reporters
**Department :** B

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are appended to the civil minutes and good cause appearing.

IT IS ORDERED that the motion to dismiss is denied without prejudice.

Dated: February 05, 2010

Thomas C. Holman
United States Bankruptcy Judge