Number of Pages: 02

FILED
February 09, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002404624

Douglas B. Jacobs
JACOBS, ANDERSON, POTTER & CHAPLIN
20 Independence Circle
Chico, CA 95973
Phone: 530-342-6144
Fax: 530-342-6310

Attorney for Creditor,
Hart Diversified, LLC

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>20TH St MANGROVE, LLC,<br><br>Debtors. | Case No: 10-20569-B-11<br><br>DCN: DBJ-2<br><br>CHAPTER 11<br><br>DATE: March 2, 2010<br><br>TIME: 9:32 a.m.<br><br>JUDGE: HONORABLE THOMAS HOLMAN |

## CREDITOR, HART DIVERSIFIED, LLC'S REQUEST TO DISMISS CHAPTER 11 PETITION.

TO THE HONORABLE THOMAS HOLMAN, UNITED STATES BANKRUPTCY COURT JUDGE, AND THE DEBTOR:

Hart Diversified, LLC, secured creditor herein, hereby objects to the petition of 20th St. Mangrove, LLC as improperly filed and requests it be immediately dismissed.

The debtor's primary asset is a shopping center located in Chico, California. Movant, Hart Diversified, LLC, holds a first deed of trust on said property, (see Exhibit A filed

---

CREDITOR, HART DIVERSIFIED, LLC'S REQUEST TO DISMISS CHAPTER 11 PETITION

herewith) and was about to complete the sale thereof pursuant to appropriate foreclosure proceedings when this petition was filed. Movant is therefore a party in interest in this matter.

The petition was filed on behalf of a California Limited Liability Company by an individual who is not an attorney. Rule 83-183 of the Local Rules of Practice of the United States District Court for the Eastern District of California, as incorporated and made applicable in bankruptcy cases by Local Bankruptcy Rule 1001-1(c) requires that a corporation or other legal entity, such as a Limited Liability Company, be represented by attorneys. Debtor is not so represented.

Further, on January 11, 2010, the court sent notice to the debtor of this deficiency in the petition. Nonetheless, the debtor has not hired an attorney.

The debtor cannot proceed without counsel. The case should be dismissed.

Dated: February 8, 2010          Jacobs, Anderson, Potter & Chaplin, LLP

By: _____
Douglas B. Jacobs, attorney for Creditor,
Hart Diversified, LLC.

CREDITOR, HART DIVERSIFIED, LLC'S REQUEST TO DISMISS CHAPTER 11 PETITION