FILED
February 19, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D29

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | 20th St Mangrove, LLC | **Case No :** | 10-20569 - B - 11 |
| | | **Date :** | 2-16-10 |
| | | **Time :** | 9:30 |

**Matter :** [10] - Order to Show Cause - Failure to File Documents as Transmitted to BNC for Service Re: Master Address List; Hearing to be held on 2/16/2010 at 09:30 AM at Sacramento Courtroom 32, Department B. (wlos)

**Judge :** Thomas Holman
**Courtroom Deputy :** Sheryl Arnold
**Reporter :** Diamond Reporters
**Department :** B

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**
(by phone)   Creditor's Attorney - Douglas Jacobs for Hart Diversified, LLC
Kenny Cruz

## CIVIL MINUTE ORDER

IT IS ORDERED that the order to show cause is conditionally discharged, the condition being that the debtor must serve the "Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, and Deadlines" on all parties identified in the Master Address List by February 23, 2010 and file a separate proof of service showing such service by February 26, 2010, failing which the case will be dismissed without further notice or hearing. No monetary sanctions are imposed.

Dated: February 19, 2010

*Thomas C. Holman*
Thomas C. Holman
United States Bankruptcy Judge