FILED
March 04, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D30

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | 20th St Mangrove, LLC | **Case No :** | 10-20569 - B - 11 |
| | | **Date :** | 3-2-10 |
| | | **Time :** | 9:30 |

**Matter :** [17] - Order to Show Cause - Failure to File Documents as Transmitted to BNC for Service Re: Master Address List Summary of Schedules Schedule A Schedule B Schedule D Schedule E Schedule F Schedule G Schedule H Statement of Financial Affairs Statement of Corporate Debtor List of 20 Largest Unsecured Creditors List of Equity Security Holders Balance Sheet Cash Flow Statement Tax Return Statement of Operations; Hearing to be held on 3/2/2010 at 09:30 AM at Sacramento Courtroom 32, Department B. (wlos)

**Judge :** Thomas Holman
**Courtroom Deputy :** Sheryl Arnold
**Reporter :** Diamond Reporters
**Department :** B

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the case is dismissed.

Dated: March 04, 2010

Thomas C. Holman
United States Bankruptcy Judge