

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**3/5/10**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

wlos

# NOTICE OF ENTRY OF ORDER IN A BANKRUPTCY CASE

Case Number:   10-20569 - B - 11

Debtor Name(s), Social Security Number(s), and Address(es):

20th St Mangrove, LLC

56-2373989
131 Camino Alto #E2
Mill Valley, CA 94941

**NOTICE IS HEREBY GIVEN THAT:**

An order was entered on the docket in this case on 3/5/10 . The document number and docket text for this order are set forth below.

   [30] – Civil Minute Order Granting [17] Order to Show Cause - Failure to File Documents (wlos)
   [30] – Order/Civil Minute Order Dismissing Case/Proceeding. (wlos)

Dated:
3/5/10

For the Court,
Richard G. Heltzel , Clerk